```
 1  LAWRENCE I. WASHOR (SBN 75180)
    E-Mail: lwashor@washor.com
 2  WASHOR & ASSOCIATES
    11150 W. Olympic Boulevard, Suite 980
 3  Los Angeles, California 90064
    Telephone:  (310) 479-2660
 4  Facsimile:  (310) 479-1022

 5  Attorneys for Respondent INTERNATIONAL ENERGY
    AND RESOURCES, INC.
 6
```

LODGED
CLERK, U.S. DISTRICT COURT
DEC -11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ORIGINAL

FILED
CLERK, US DISTRICT COURT
DEC 12 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

RECEIVED
BUT NOT FILED
DEC - 8 2006
8:10 pm
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>INTERNATIONAL ENERGY AND RESOURCES, INC.,<br><br>Respondent. | CASE NO. CV 06-07694 ABC (JTLx)<br><br>[PROPOSED] ORDER EXTENDING TIME FOR RESPONDENT TO OPPOSE APPLICANT'S APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS<br><br>IT IS SO ORDERED<br>Dated  12/12/06<br><br>_____<br>United States District Judge |

DOCKETED ON CM
DEC 13 2006

BY ___ 12 ___ 00

Based upon the Ex Parte Application of Respondent to Continue the Response Date on the Application to Enforce Administrative Subpoena, the supporting Memorandum of Points and Authorities in Support Thereof, and the Declaration of Lawrence I. Washor, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED, AND DECREED that Respondent shall have through, and including, December 13, 2006, to respond to the Application to Enforce

---
1                                                                    CV 05-01431 FMC (MCx)
ORDER EXTENDING TIME FOR RESPONDENT TO OPPOSE APPLICANT'S APPLICATION TO ENFORCE
ADMINISTRATIVE SUBPOENAS

1  Administrative Subpoenas.

2

3  Dated: _____

4  HONORABLE A. HOWARD MATZ
   Judge, United Stated District Court