# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV06-7694-AHM (JTLx) |
| Date | December 18, 2006 |

| | |
|---|---|
| Title | In the matter of an application to enforce administrative subpoenas of the SECURITIES AND EXCHANGE COMMISSION v. INTERNATIONAL ENERGY AND RESOURCES, INC. |

Present: The Honorable **A. HOWARD MATZ, U.S. DISTRICT JUDGE**

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Jorge de Neve | Lawrence I. Washor |

**Proceedings:** ORDER TO SHOW CAUSE HEARING ON WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ISSUED [Filed 12/6/06]

Cause called; appearances made.

Court issues tentative ruling and hears oral argument. For reasons stated on the record, the Court signs Order Compelling Compliance with Administrative Subpoenas.

DOCKETED ON CM
DEC 21 2006
BY ___ 077

: 00 5

Initials of Preparer