LAWRENCE I. WASHOR (SBN 75180)
E-Mail: lwashor@washor.com
WASHOR & ASSOCIATES
11150 W. Olympic Boulevard, Suite 980
Los Angeles, California 90064
Telephone: (310) 479-2660
Facsimile: (310) 479-1022

Attorneys for Respondent INTERNATIONAL ENERGY AND RESOURCES, INC.

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 18 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____

ORIGINAL DENIED
BY ORDER OF _____
UNITED STATES DISTRICT JUDGE
ON 1/26/07

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>INTERNATIONAL ENERGY AND RESOURCES, INC.,<br><br>Respondent. | CASE NO. CV 06-07694 ABC (JTLx)<br><br>[PROPOSED] PROTECTIVE ORDER<br><br>RECEIVED BUT NOT FILED<br>DEC 18 2006<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>WESTERN DIVISION<br>BY _____ DEPUTY |

DOCKETED ON CM
JAN 29 2007
BY _____ 004

Based upon the Notice of Motion and Motion for a Protective Order filed by International Energy and Resources, Inc. ("IER"), the supporting Memorandum of Points and Authorities in Support Thereof, the Declarations of John Owen, Robert J. Pohlman, Esq., and Lawrence I. Washor, Esq., the Opposition to the Motion filed by the United States Securities and Exchange Commission, the Reply filed by IER to the SEC's Opposition, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED, AND DECREED that the SEC shall not provide to Scott Spooner,

1
PROTECTIVE ORDER

CV 05-01431 FMC (MCx)

1  Jerry Haggard, Esq., Nyal Niemuth, or Ralph Costa any documentation, testimony,
2  or information provided to the SEC in response to any subpoena served upon IER,
3  any officer of IER, or any outside consultant of IER.

4
5  Dated: _____     **DENIED**
6                              _____
                                HONORABLE A. HOWARD MATZ
7                               Judge, United Stated District Court

WASHOR & ASSOCIATES
Counselors at Law