BRIANE NELSON MITCHELL, Cal. Bar No. 116037
Email: mitchellbn@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Randall R. Lee, Regional Director
Michele Wein Layne, Associate Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>INTERNATIONAL ENERGY AND RESOURCES, INC.,<br><br>Respondent. | Case No. CV 06-07694 AHM (JTLx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AGAINST RESPONDENT INTERNATIONAL ENERGY AND RESOURCES, INC.<br><br>HEARING<br>DATE: TO BE SET<br>TIME: TO BE SET<br>PLACE: CTRM OF THE HON. A. HOWARD MATZ (CTRM 14) |

On June 6, 2007, Applicant Securities and Exchange Commission ("Commission") filed an *ex parte* application for an order to show cause why Respondent International Energy and Resources, Inc. ("IER") should not be held in civil contempt of this Court's Order Compelling Compliance with Administrative Subpoenas ("Order"), filed December 18, 2006. In its application the Commission presented evidence that IER failed to produce any documents pursuant to the

1 | Order, which requires production of all responsive documents on or before January
2 | 17, 2007, at the Commission's offices in Los Angeles.
3 |     For good cause show, the Commission's application for an order to show
4 | cause why IER should not be held in civil contempt of the Order is hereby
5 | GRANTED.
6 |     IT IS FURTHER ORDERED that, on ___July 6___, 2007, at _10_:_00_
7 | _a_.m., IER shall appear before this Court to show cause why an order of civil
8 | contempt should not be issued and, at that time, IER shall show cause why it
9 | should not be assessed a daily fine in the amount of $1,000 until it complies fully
10 | with the Order. Any opposition papers shall be filed and served no later than
11 | ___June 18___, 2007, and any reply papers shall be filed and served no later
12 | than ___June 25___, 2007. In addition to the service requirements under
13 | this Court's Local Rules, both the Commission and IER shall provide the Court
14 | and each other with courtesy copies no later than _4_:_00_ _p_.m. Pacific Time on
15 | the date that the papers are due. IER shall deliver courtesy copies to the
16 | Commission's Los Angeles Office by e-mail or hand delivery. The Commission
17 | shall deliver courtesy copies to IER's counsel of record by e-mail or hand delivery.
18 |     IT IS SO ORDERED.

DATED: June 11, 2007

_____
The Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On June 5, 2007, I served the following documents:
**[PROPOSED] ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT AGAINST RESPONDENT INTERNATIONAL ENERGY AND RESOURCES, INC.**
on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

   [ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: June 5, 2007         *Sonia Salgado*
                           SONIA SALGADO

1

**SEC v. INTERNATIONAL ENERGY AND RESOURCES, INC.**
United States District Court – Central District of California
Case No. CV 06-7694 ABC (JTLx)
LA-3264

## SERVICE LIST

Lawrence I. Washor, Esq.
Washor & Associates
11150 W. Olympic Boulevard, Suite 980
Los Angeles, CA 90064
Fax: **310-479-1022**
Tel: 310-479-2660
*Attorney for Respondent International Energy and Resources, Inc.*

Lawrence J. Friedman, Esq.
Friedman & Feiger, LLP
5301 Spring Valley Road, Suite 200
Dallas, TX 75240
Fax: 972-788-1400 x300
Tel: 972-788-2667
*Attorney for Respondent International Energy and Resources, Inc.*

Craig Ongley, Esq.
Epstein Becker Green Wickliff & Hall
500 North Akard Street, Suite 2700
Dallas, TX 75201
Fax: 214-397-4635
Tel: 214-397-4335
*Attorney for Respondent International Energy and Resources, Inc.*

Angel Gomez, Esq.
Epstein, Becker & Green
1875 Century Park East, Suite 500
Los Angeles, CA 90067
Fax: 310-553-2165
Tel: 310-557-9521
*Attorney for Respondent International Energy and Resources, Inc.*