# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-07694 AHM (JTLx) | Date | July 5, 2007 |
|---|---|---|---|

| Title | SECURITIES AND EXCHANGE COMMISSION v. INTERNATIONAL ENERGY AND RESOURCES, INC. |
|---|---|

Present: The Honorable   A. HOWARD MATZ

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

No Appearance                         No Appearance

**Proceedings:**       In Chambers

Respondent International Energy and Resources ("IER") has been represented in this matter by Lawrence I. Washor ("Washor"). On June 6, 2007 counsel for Applicant Securities and Exchange Commission ("SEC"), Briane Nelson Mitchell, filed a declaration stating that Washor had informed her that he no longer represents IER. (Mitchell Decl. ¶ 3). On that same date, Angel Gomez, III filed a declaration stating that his firm was being retained to represent IER in this matter. (Gomez Decl. ¶ 3).

If Washor no longer planned on representing IER, he was required to file either a motion for withdrawal or a notice of substitution of attorney. Pursuant to Local Rule 83-2.9.2.1, "[a]n attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." Local Rule 83-2.9.2.2 states that "[w]hen an attorney of record for any reason ceases to act for a party, such party shall appear *pro se* or appoint another attorney by a written substitution of attorney signed by the party and the attorneys."

The Court hereby ORDERS Washor TO SHOW CAUSE by July 16, 2007 why he should not be sanctioned by this Court and fined $100 for failure to file a motion for withdrawal or a written notice of substitution, as required by to the Local Rules.



Initials of Preparer