Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV06-7694-AHM (JTLx) | Date   July 6, 2007 |
| Title | In the matter of an application to enforce administrative subpoenas of the SECURITIES AND EXCHANGE COMMISSION v. INTERNATIONAL ENERGY AND RESOURCES, INC. | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Will Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Roberto A. Tercero                                  William O. Stein

**Proceedings:**   HEARING ON ORDER TO SHOW CAUSE re: CIVIL CONTEMPT AGAINST RESPONDENT INTERNATIONAL ENERGY AND RESOURCES, INC. [Filed 6/11/07]

Cause called; appearances made.

After questioning counsel and for reasons and findings stated on the record, the Court finds respondent International Energy and Resources, Inc. in civil contempt for its failure to comply with the Court's Oder compelling Compliance with Administrative Subpoenas, issued December 18, 2006.

The Court also grants petitioner's request to impose daily fines and signs the proposed Order of Civil Contempt Against Respondent International Energy and Resources, Inc..

DOCKETED ON CM
JUL - 9 2007
BY _____ 009

: 20

Initials of Preparer   SMO