BRIANE NELSON MITCHELL, Cal. Bar No. 116037
Email: mitchellbn@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: terceror@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Randall R. Lee, Regional Director
Michele Wein Layne, Associate Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>INTERNATIONAL ENERGY AND RESOURCES, INC.,<br><br>Respondent. | Case No. CV 06-07694 AHM (JTLx)<br><br>[PROPOSED] ORDER OF CIVIL CONTEMPT AGAINST RESPONDENT INTERNATIONAL ENERGY AND RESOURCES, INC. |



The Securities and Exchange Commission ("Commission") having applied pursuant to Section 22(b) of the Securities Act of 1933, 15 U.S.C. § 77v(b), Section 21(c) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(c), and pursuant to the Court's inherent authority, for an Order of Civil Contempt against Respondent International Energy and Resources, Inc. for failure to comply with the Court's Order Compelling Compliance with Administrative Subpoenas, issued December 18, 2006 ("Decmber 18 Order"), the Court having considered the Memorandum of Points and Authorities in support of the Commission's Application, and all other papers filed in the proceedings herein, and the Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the premises, and good cause appearing therefore:

I.

IT IS HEREBY ORDERED that the Commission's Application for an Order of Civil Contempt Against International Energy and Resources, Inc. is GRANTED.

II.

IT IS FURTHER ORDERED that International Energy and Resources, Inc. shall produced all responsive documents to the Commission staff on or before July 13, 2007, at 9:00 a.m., at the Commission's Pacific Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, pursuant to the Commission subpoenas issued on September 8 and September 21, 2006 and the December 18 Order.



III.

IT IS FURTHER ORDERED that International Energy and Resources, Inc. shall be assessed a daily fine in the amount of $1,000 for each day after July 13, 2007, that it does not produce all of the responsive documents until its production is complete. All daily fine amounts are to be deposited into the Court by personal service upon the Clerk of the Court or the Chief Deputy Clerk. The Clerk of the Court is hereby authorized, in accordance with Rule 67 of the Federal Rules of

1  Civil Procedure and Local Rules L.R. 67-1 and 67-2 to deposit all daily fine
2  amounts into an interest-bearing account. The Clerk of the Court is further
3  authorized and directed by the foregoing Rules to deduct from the income earned
4  on the daily fine amounts deposited a registry fee not to exceed the amount
5  prescribed by the Judicial Conference of the United States.

7  IT IS SO ORDERED.

10  DATED: July 6, 2007

The Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is United States Securities and Exchange Commission, Pacific Regional Office, 11th Floor, 5670 Wilshire Boulevard, Los Angeles, California 90036-3648, Telephone: (323) 965-3998, Fax: (323) 965-3908.

On June 25, 2007, the foregoing document entitled [PROPOSED] ORDER OF CIVIL CONTEMPT AGAINST RESPONDENT INTERNATIONAL ENERGY AND RESOURCES, INC. was served on all parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **PERSONAL SERVICE:** I personally delivered each such envelope by hand to the office of the addressee.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ] **FAX (BY AGREEMENT ONLY):** By transmitting the document by facsimile transmission at the time shown on the attached transmission report. The transmission was reported as complete and without error, and the attached transmission report was properly issued by the transmitting fax machine.

[X] **E-MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated for each party on the attached service list.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Date: June 25, 2007

*/s/ Adriane Williams*
Adriane Williams

4

IN THE MATTER OF CERTAIN ADMINISTRATIVE SUBPOENAS OF THE
SEC V. INTERNATIONAL ENERGY AND RESOURCES, INC.
United States District Court – Central District of California – Western Division
Case No. CV 06-07694 AHM (JTLx)
(SEC File No. LA-3264)

SERVICE LIST

Angel Gomez
Epstein, Becker & Green
1875 Century Park East, Suite 500
Los Angeles, CA 90067
T/310-557-9521
F/310-553-2165
E/agomez@ebglaw.com
*Counsel to International Energy and Resources, Inc.*

Lawrence I. Washor
Washor & Associates
11150 W. Olympic Blvd.
Suite 980
Los Angeles, CA 90064
Email: lwashor@washor.com
310-479-2660
310-479-1022 (fax)
*Counsel to International Energy and Resources, Inc.*

Lawrence J. Friedman, Esq.
Friedman & Feiger, LLP
5301 Spring Valley Road, Suite 200
Dallas, TX 75240
T/972-788-1400 x. 300
F/972-788-2667
E/lfriedman@fflawoffice.com
*Counsel to International Energy and Resources, Inc.*

# NOTICE PARTY SERVICE LIST

Case No. CV06-7694-AHM   Case Title SEC v. JNAVnational Energy

Title of Document ORDER

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| ✓ | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |

| | |
|---|---|
| | Statistics Clerk |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____