# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 06-07694 AHM (JTLx) |
| Date | July 23, 2007 |
| Title | SECURITIES AND EXCHANGE COMMISSION v. INTERNATIONAL ENERGY AND RESOURCES, INC. |

Present: The Honorable  A. HOWARD MATZ

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: No Appearance

Attorneys Present for Defendants: No Appearance

**Proceedings:**    In Chambers

The Court VACATES the July 16, 2007 Order to Show Cause ("OSC") directed to Lawrence Washor, Esq. Mr. Washor is relieved of his duties as counsel for plaintiff; his response to the OSC is deemed a motion to withdraw, which is granted.

Initials of Preparer

DOCKETED ON CM
JUL 2 6 2007